144 A.3d 1254

IN THE MATTER OF JOHN J. COLLINS, AN ATTORNEY
AT LAW (ATTORNEY NO. 017662004)

September 20, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-140, concluding that as a matter of final discipline pursuant to *Rule* 1:20-13(c), **JOHN J. COLLINS** of **JERSEY CITY,** who was admitted to the bar of this State in 2004, should be suspended from the practice of law for a period of three months based on his guilty plea in the Superior Court of New Jersey, to three disorderly persons offenses: two counts of simple assault, in violation of *N.J.S.A.* 2C:12–1(a), and one count of criminal mischief, in violation of *N.J.S.A.* 2C:17–3(b)(1), conduct that violates *RPC* 8.4(b) (committing a criminal act that reflects adversely on a lawyer's honesty, trustworthiness, or fitness as a lawyer);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **JOHN J. COLLINS** is suspended from the practice of law for a period of three months, effective October 21, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.